United States Courts
Southern District of Texas
FILED
*July 19, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § § | CRIMINAL NO. H-21-258-S2 |
| CHRISTOPHER ADAM HOUSER § | |
| MARCO ANTONIO JUAREZ, § | |
| Defendants. § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Possess with Intent to Distribute Controlled Substance)

On or about January 2020, and continuing until on or about October 21, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants**,

**CHRSITOPHER ADAM HOUSER
AND
MARCO ANTONIO JUAREZ,**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance, to wit: 50 grams or more of methamphetamine, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853(a), the United States gives notice to the **Defendants**,

### CHRISTOPHER ADAM HOUSER
### AND
### MARCO ANTONIO JUAREZ,

that in the event of conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846 as charged in Count One of the Indictment, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

(2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:

Original Signature on File

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
KAREN M. LANSDEN
Assistant United States Attorney
713-567-9413